# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3849

_____

Kennith S. Stoehr,                  *
                                  *
        Appellant,       *
                                  *

      v.                    *   Appeal from the United States
                                  *   District Court for the
Tim Reisch, Secretary of Corrections;  *   District of South Dakota.
Daryl R. Slykhuis, Deputy Warden;    *
Doug Weber, Warden, South Dakota     *    [UNPUBLISHED]
State Penitentiary; Rodney Brockoft,   *
Lt. in charge of DHO; South Dakota    *
Department of Corrections,           *
           Appellees.        *

_____

Submitted: February 2, 2007
Filed: February 7, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kennith S. Stoehr appeals the adverse grant of summary judgment entered by the district court[1] in his 42 U.S.C. § 1983 action. Following de novo review, we agree with the district court that defendants' uncontroverted evidence showed Stoehr's due

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

process rights were not violated at his prison disciplinary proceedings.  We also find no abuse of discretion in the denial of Stoehr's motion for counsel.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____